UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Lee T. Ho, | Civil No.:  13cv2851 (PJS/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| Federal Bureau of Prisons,<br>Federal Medical Center, Rochester, MN, and<br>Richard Jones, | |
| Defendants. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for leave to proceed *in forma pauperis*, (Docket No. 2), be **DENIED**; and

2. This action be **DISMISSED WITHOUT PREJUDICE**.

Dated:  06/03/14

                                                   s/Patrick J. Schiltz
                                                  Patrick J. Schiltz
                                                  U.S. District Judge